RECORDING REQUESTED BY
Humboldt Land Title Company
AND WHEN RECORDED MAIL TO

Name Sigurd T. Anderson
Address Susan F. Barland
P.O. Box 1610
Redway, CA 95560

Order No. 00125117-001-SG

**2006-33782-2**
Recorded — Official Records
Humboldt County, California
Carolyn Crnich, Recorder
Recorded by HUMBOLDT LAND TITLE CO.

| | |
|---|---|
| Rec Fee | 10.00 |
| Doc Trf Tax | 522.50 |
| Survey Mon | 10.00 |
| Clerk: MM Total: | 542.50 |

Nov 20, 2006 at 10:00

SPACE ABC

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
City of **unincorporated area**
Parcel No. **.079-141-002**

Documentary Transfer Tax is $**522.50**
☑ computed on full value of interest or property conveyed, or
☐ full value less value of liens or encumbrances remaining at
the time of sale

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**John B. Slavin, II and Jan Slavin, Trustees of the Slavin Family Trust dated April 13, 2005**

hereby GRANT(s) to

**Sigurd T. Anderson and Susan F. Barland, husband and wife** as joint tenants

the following real property in the City of **unincorporated area**

County of **Humboldt**, State of **California:**
   **See Exhibit A attached hereto and made a part hereof.**

Dated: **September 26, 2006**

STATE OF CALIFORNIA
COUNTY OF _____*Humboldt*_____ }

On __*10/26/2006*__ before me,
__*Kelly Lynn Lehman*__

a Notary Public in and for said County and State, personally appeared

*John B. Slavin and Jan Slavin*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature __*Kelly Lynn Lehma*__

My Commission Expires: __*July 13, 2008*__

*John B. Slavin II, as Trustee*

*Jan Slavin, as Trustee*

KELLY LYNN LEHMAN
COMM. #1500829
NOTARY PUBLIC • CALIFORNIA
HUMBOLDT COUNTY
My Comm. Expires July 13, 2008

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON THE FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

| Name | Street Address | City & State |
|---|---|---|

DESCRIPTION

That real property situate in the County of Humboldt, State of California, described as follows:

COMMENCING at the intersection of the Southwest corner of Lot No. 105 and the Southeast line of a 20 foot lane, as shown on the Map of Redway Summer Homes Subdivision No. 1; and run
thence South 2 degrees West, 328.6 feet, to the true point of beginning of the parcel of land to be herein described; and running
thence from said true point of beginning, South 62 degrees West, 275.4 feet to the Easterly line of a 40 foot County Road;
thence South 43 degrees 44 minutes East, 212.89 feet;
thence North 68 degrees 50 minutes East, 215.85 feet; and
thence North 27 degrees 10 minutes West, 230.62 feet to the true point of beginning.

EXCEPTING therefrom a strip of land of the uniform width of 12 feet off the entire West side thereof.

2006-33782-2