# 2018-022489

Recorded – Official Records
Humboldt County, California
Kelly E. Sanders, Recorder
Recorded by: KP TITLE

Pages:  2

Recording Fee: $  15.00
Tax Fee: $0.00
Clerk: se  Total: $15.00
Dec 26, 2018 at 11:32:31

**Recording Requested by and
When Recorded Mail Document
and Tax Statement To:**

Susan Barland
P.O. Box 1610
Redway, CA  95560

APN: 077-141-002

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## INTERSPOUSAL GRANT DEED

**The undersigned grantor(s) declare(s)
Documentary transfer tax is $0.00
R&T 11930 – gift deed**

   [ X ]  Unincorporated Area of Humboldt County  [  ]  City of

Exempt from fee per GC 27388.1 (a) (2); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

**Sigurd T. Anderson**

**hereby GRANT(S) to**

**Susan F. Barland, a married woman as her sole and separate property**

**the following described real property in the** County of **Humboldt**, State of **California**:

See Exhibit A attached hereto

DATED:  December 17, 2018

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                      )
County of Humboldt_____)

On ___18 DEC 2018_____ before me,

_____L. WELLBORN_____, Notary Public
(here insert name and title of the officer), personally appeared

**Sigurd T. Anderson** _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

**Sigurd T. Anderson**

L. WELLBORN
Notary Public - California
Humboldt County
Commission # 2159559
My Comm. Expires Jul 10, 2020

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

FD-213 (Rev 12/07)                GRANT DEED
(grant) (10-03) (Rev. 01-15)

## Exhibit A

### DESCRIPTION

That real property situate in the County of Humboldt, State of California, described as follows:

COMMENCING at the intersection of the Southwest corner of Lot No. 105 and the Southeast line of a 20 foot lane, as shown on the Map of Redway Summer Homes Subdivision No. 1; and run
thence South 2 degrees West, 328.6 feet, to the true point of beginning of the parcel of land to be herein described; and running
thence from said true point of beginning, South 62 degrees West, 275.4 feet to the Easterly line of a 40 foot County Road;
thence South 43 degrees 44 minutes East, 212.89 feet;
thence North 68 degrees 50 minutes East, 215.85 feet; and
thence North 27 degrees 10 minutes West, 230.62 feet to the true point of beginning.

EXCEPTING therefrom a strip of land of the uniform width of 12 feet off the entire West side thereof.

2006-33782-2



Non-Order Search
Doc: CAHUMB:2006 00033782