DAVID A. HUBBERT
Deputy Assistant Attorney General

JEREMY N. HENDON (ORBN 982490)
ISAAC M. HOENIG, (New York Bar 5809322)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-2466 (Hendon)
Phone: (202)-307-5963 (Hoenig)
Fax: (202) 307-0054
Jeremy.Hendon@usdoj.gov
Isaac.M.Hoenig@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JANE DOE I as the Personal Representative of the ESTATE OF SIGURD ANDERSON;<br>JANE DOE II as the Personal Representative of the ESTATE OF SUSAN BARLAND;<br><br>  Defendant. | Case No. 1:22-cv-01853-RMI<br><br>**STATUS REPORT** |

On May 4, 2022, the Court stayed this case pending the outcome of a motion to approve attorney's fees filed by the Estate of Sigurd Anderson in California Superior Court County of Humboldt, PR1900290 (Cal. Sup. Ct., Humboldt), and the appointment of personal representatives for the Estate of Susan Barland and the Estate of Sigurd Anderson. (Dkt. 9). The United States submits this status report pursuant to the Court's May 4, 2022, Order to apprise the Court of the status of the related Anderson and Barland probate proceedings.

First, regarding the Anderson estate, Mary Anderson was appointed as the substitute personal representative for the Estate of Sigurd Anderson on May 29, 2022. On June 23, 2022, the Estate filed a petition to approve the attorney's fees of the Estate's counsel. The United States objected to the Estate's petition and the probate court held a hearing on the petition on July 28, 2022. The probate court did not rule on the petition at the July 28th hearing and has set a further hearing for September 1, 2022.

Second, regarding the Estate of Susan Barland, a personal representative has not yet been appointed for Ms. Barland's estate and a probate proceeding has not yet been opened.

Once a personal representative for the Estate of Susan Barland is appointed and the fee motion is resolved, the United States anticipates taking appropriate steps to name the personal representatives for both estates.

Respectfully submitted,

Dated: August 1, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Isaac M. Hoenig*
JEREMY N. HENDON
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-2466
Fax: (202) 307-0054
Jeremy.Hendon@usdoj.gov
*Attorneys for the United States of America*