JEREMY N. HENDON (ORBN 982490)
ROBERT C. BOMBARD (COBN 45388)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-2466 (Hendon)
Phone: (202)-514-6073 (Bombard)
Fax: (202) 307-0054
Jeremy.Hendon@usdoj.gov
Robert.Bombard@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BEN BROTHERS as the Personal Representative of the ESTATE OF SUSAN BARLAND, <br><br> Defendant. | Case No. 1:22-cv-01853-RMI (KAW) <br><br> **JOINT MOTION TO REOPEN CASE, LIFT STAY, AND FOR ENTRY OF JUDGMENT** |

Plaintiff United States of America and Defendant Ben Brothers, by and through their respective attorneys, hereby jointly move and request that the Court reopen this case, lift the current stay of this case, and enter judgment in favor of the United States, and show as follows:

1.  On June 27, 2024, the parties reached a settlement in this case.

2.  As part of the parties' settlement, the real property located at 46 Cedar Lane, Redway, CA ("Redway Property"), was to be sold by Somer Wallen, a local realtor, if possible.

3.  Despite Ms. Wallen's best efforts to sell the Redway Property, it did not sell within the time provided for in the parties' settlement.

4. The parties' settlement further provided that if the Redway Property did not sell within the time provided for in the parties' settlement, the parties would return to the Court to enter a judgment in favor of the United States no later than September 2, 2025.

5. Accordingly, the parties hereby jointly request that the Court reopen this case, lift the stay of this case, and, pursuant to the parties' settlement, enter judgment in favor of the United States of America and against Ben Brothers, as personal representative of the Estate of Susan Barland, in the amount of $317,000 plus post-judgment interest as provided for in 28 U.S.C. § 1961(a).

WHEREFORE, the parties respectfully request that this Court grant this joint motion, reopen this case, lift the stay, and enter judgment for the United States of America and against Ben Brothers, as personal representative of the Estate of Susan Barland, as set forth in this joint motion.

Respectfully submitted this 18th day of July, 2025.

/s/ Jeremy N. Hendon
JEREMY N. HENDON
ROBERT C. BOMBARD
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-2466 (Hendon)
Phone: (202) 514-6073 (Bombard)
Fax: (202) 307-0054

*Attorneys for the United States of America*

/s/ Eric V. Kirk (with permission via email dated 7/18/25)
Eric V. Kirk, Esq.
Attorney at Law
Stokes, Hamer, Kirk & Eads, LLP
381 Bayside Road
Arcata, California 95521
707.822.1771
707.822.1901 (FAX)
eric@shkklaw.com

*Attorney for Ben Brothers as the Personal Representative of the Estate of Susan Barland*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

                                    */s/ Jeremy N. Hendon*
                                    JEREMY N. HENDON
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice